**RIMAC MARTIN, P.C.**
ANNA M. MARTIN (State Bar No. 154279)
GRANT E. INGRAM (State Bar No. 242785)
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile:  (415) 561-8430

Attorneys for Plaintiff Colonial Life and Accident Insurance Company

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>Deborah Jones, Harriet Jones, and Chapel of the Chimes,<br><br>Defendants. | Case No.: 14-cv-05527-WHO<br><br>**PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Case Management Conference: March 24, 2015<br><br>Judge: Hon William H. Orrick |

Plaintiff Colonial Life and Accident Insurance Company hereby requests that that Court reschedule the Case Management Conference set for March 24, 2015 by five weeks until April 28, 2015, with the expectation that the case will be resolved prior to that rescheduled Conference.

This is an interpleader matter.  Defendants are the interested parties in disputed life insurance benefits from a policy issued by Plaintiff.  On December 22, 2014, Plaintiff deposited $36,414.67 with the Registry of the Court.  (See Doc. 8) This amount represents the payable life insurance benefits, plus interest.

Defendants were served with summons and complaint by mail service with the agreement

- 1 -

1 | that they would waive personal service.   During that process, Plaintiff communicated regularly
2 | with all defendants to encourage them to resolve their dispute over the proper disbursement of
3 | the disputed benefits.   During this informal negotiation, Plaintiffs have allowed Defendants to
4 | delay their filing of responsive pleadings in the hopes of reaching a resolution of the claim.

5 |       Plaintiff now reports that it appears that all defendants have reached an agreement
6 | concerning the proper disbursement of the insurance benefits.   Plaintiff has prepared a
7 | settlement agreement for defendants' review and approval.  This agreement should be finalized
8 | within the next four weeks.  Once the agreement is finalized, Plaintiff will request the Court
9 | disburse the benefits in accordance with the terms of the settlement agreement.  Plaintiff will
10 | then dismiss the case.

11 |       For the following reason, Plaintiff respectfully requests that the Court reschedule the
12 | March 24, 2015 Case Management Conference until April 28, 2015.

DATED:  March 18, 2015      By:    */s/ Grant E. Ingram*
           GRANT E. INGRAM
           Attorneys for Plaintiff
           COLONIAL LIFE AND ACCIDENT
           INSURANCE COMPANY

**IT IS SO ORDERED:**

The Case Management Conference is hereby rescheduled to April 28, 2015.

DATED:  March 18, 2015

UNITED STATES DISTRICT JUDGE
HON. WILLIAM H. ORRICK

PLAINTIFF'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
ORDER
Case No.: 14-cv-05527 WHA