UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>DEBORAH JONES, et al.,<br><br>  Defendants. | Case No. 14-cv-05527-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

The parties to this action, by and through their counsel, have advised the Court that they have reached a settlement. Plaintiff has filed a stipulated motion asking the Court to release from its possession the disputed life insurance benefit funds to defendants Harriet Jones and Chapel of the Chimes. Dkt. Nos. 19, 20. In a separate order issued in conjunction with this one, I am granting that motion.

Accordingly, IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. Any hearings scheduled in this matter are VACATED. If any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, or that the interpleaded funds have not been properly disbursed, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED**.

Dated: April 24, 2015

WILLIAM H. ORRICK
United States District Judge